```
 1  SEAN P. NALTY (SBN 121253)
    SHEENA V. JAIN (SBN 251912)
 2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor,
    San Francisco, CA 94105-2725
 4  Telephone: 415.433.0990
    Facsimile: 415.434.1370
 5
    Attorneys for Defendants
 6  LIFE INSURANCE COMPANY OF
    NORTH AMERICA; CIGNA GROUP
 7  INSURANCE COMPANY; NORTHWEST
    AIRLINES LONG TERM DISABILITY
 8  PLAN; DELTA AIRLINES LONG TERM
    DISABILITY PLAN
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES STEVEN BRICE | ) Case No. CV10-4204 |
|---|---|
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE COMPANY; NORTHWEST AIRLINES LONG TERM DISABILITY PLAN; DELTA AIRLINES LONG TERM DISABILITY PLAN, and DOES 1 THROUGH 10, inclusive, | ) |
| Defendants. | ) |

The parties having stipulated and agreed that Defendants may have an extension to and including November 5, 2010 to answer or otherwise respond to the Complaint herein,

IT IS SO ORDERED.

Date: October 18, 2010          By: /s/ Jeffrey S. White
                                    Honorable Jeffery S. White
                                    United States District Judge

---

1

[PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT
USDC NDCA Case # CV10-4204
592687.1