1  SEAN P. NALTY (SBN 121253)
   sean.nalty@wilsonelser.com
2  SHEENA V. JAIN (SBN 251912)
   sheena.jain@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
4  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
5  Telephone: 415.433.0990
   Facsimile: 415.434.1370
6
   Attorneys for Defendants
7  LIFE INSURANCE COMPANY OF
   NORTH AMERICA; CIGNA GROUP
8  INSURANCE COMPANY; NORTHWEST
   AIRLINES LONG TERM DISABILITY
9  PLAN; DELTA AIRLINES LONG TERM
   DISABILITY PLAN
10
11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 CHARLES STEVEN BRICE                    ) Case No. CV10-4204
                                           ) ORDER ON
14            Plaintiff,                    ) **STIPULATION TO CONTINUE**
                                           ) **BRIEFING SCHEDULE**
15      vs.                                )
                                           ) Location: San Francisco
16 LIFE INSURANCE COMPANY OF NORTH         ) Judge Jeffrey S. White
   AMERICA; CIGNA GROUP INSURANCE          )
17 COMPANY; NORTHWEST AIRLINES LONG        )
   TERM DISABILITY PLAN; DELTA AIRLINES    )
18 LONG TERM DISABILITY PLAN, and DOES 1   )
   THROUGH 10, inclusive,                  )
19                                         )
              Defendants.                  )
20 _____ )

21

22

23         **IT IS HEREBY** requested by defendants Life Insurance Company of North America

   ("LINA"), CIGNA Group Insurance Company, Northwest Airlines Long Term Disability Plan, and
24
   Delta Airlines Long Term Disability Plan (hereinafter referred to as "Defendants") and stipulated by
25
   and between plaintiff Charles Steven Brice and defendants through their attorneys of record, that the
26
   deadline for filing a motion to determine the applicable standard of review in the above- captioned
27

28
                                             1

1  matter be continued from March 4, 2011 to March 11, 2011 in order to provide defendants with

2  additional time to determine their position on this issue.

3

4  Date: March 4, 2011

5  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

6  By:   /s/ Sheena V. Jain

7  SEAN P. NALTY
   SHEENA V. JAIN
   Attorneys for Defendants

8  LIFE INSURANCE COMPANY OF NORTH
   AMERICA; CIGNA GROUP INSURANCE

9  COMPANY; NORTHWEST AIRLINES LONG

10 TERM DISABILITY PLAN; DELTA AIRLINES
   LONG TERM DISABILITY PLAN

11

12 Date: March 4, 2011        DL LAW GROUP

13

14 By:          /s/ Sally M. Harms

15 David M. Lilienstein
   Sally M. Harms

16 Attorneys for Plaintiff,
   CHARLES STEVEN BRICE

17

18

19 **PROPOSED ORDER**

20     PURSUANT TO STIPULATION, IT IS SO ORDERED.  The opposition shall be filed by

21 March 25, 2011; the reply shall be filed by April 1, 2011.

22 Date:   March 4, 2011

23 Honorable Jeffrey S. White
   United States District Judge

24

25

26

27

28

STIPULATION TO CONTINUE BRIEFING SCHEDULE; [PROPOSED] ORDER
USDC Case No.: CV10-4204
646881.1

## CERTIFICATE OF SERVICE

Charles Steven Brice v. Life Insurance of North America, et al.
USDC, Northern District of CA, Case No: CV10-4204-JSW

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17ᵗʰ Floor, San Francisco, California 94105. On this date I served the following document(s):

## STIPULATION TO CONTINUE BRIEFING SCHEDULE

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

____ **By United States mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

____ **By overnight delivery.** I enclosed the documents in an envelope or package provided by     an overnight delivery carrier and address to the persons at the addresses below. I placed        the envelope or package for collection and overnight deliver at an office or a regularly        utilized drop box of the overnight delivery carrier.

____ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

____ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

XX___ **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| | |
|---|---|
| David M. Lilenstein<br>DL LAW GROUP<br>345 Franklin St.<br>San Francisco, CA 94102<br>Telephone (415) 392-2289<br>Facsimile (415) 358-8484<br>Email: david@dllawgroup.com | Sally M. Harms<br>PMB133<br>80 Cabrillo Hwy N<br>Half Moon Bay, CA 94019<br>Telephone (650) 726-8558<br>Facsimile (650) 726-8558<br>Email: sallybrice@gmail.com |

STIPULATION TO CONTINUE BRIEFING SCHEDULE; [PROPOSED] ORDER
USDC Case No.: CV10-4204
646881.1

1

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

2

3

   EXECUTED **March 4, 2011** at San Francisco, California.

4

5

   Monique Jacquis

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE BRIEFING SCHEDULE; [PROPOSED] ORDER
USDC Case No.:  CV10-4204
646881.1