UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CHARLES STEVEN BRICE,<br>    Plaintiff, | No. C 10-4204 JSW |
| v. | **ORDER RE: ATTENDANCE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA et al.,<br>    Defendants. | Date:     May 12, 2011<br>Mediator: James Baker |

    IT IS HEREBY ORDERED that the request for plaintiff Charles Steven Brice to be excused from personal attendance at the May 12, 2011, mediation before James Baker is GRANTED. Mr. Brice shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

May 5, 2011        By:       *Elizabeth D. Laporte*

Dated                                     Elizabeth D. Laporte<br>
                                      United States Magistrate Judge