IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVEN BRICE,<br><br>        Plaintiff,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL.,<br><br>        Defendants.<br>_____ / | No. C 10-04204 JSW<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

Defendants have filed a supplemental case management conference statement indicating that the mediation in this matter is set for May 12, 2011. In the interest of promoting the efficient use of judicial resources, the further case management conference set for May 13, 2011, is hereby continued to May 20, 2011, at 1:30 p.m.

The Court notes that Plaintiff failed to submit a joint case management conference statement as required by the Court's standing orders. Plaintiff must file a joint case management statement with Defendants by May 13, 2011, addressing the question whether the matter is resolved at mediation and whether continuance of the further case management conference would promote the interest of judicial economy. Failure to file a timely case management conference statement will result in the issuance of sanctions.

**IT IS SO ORDERED.**

Dated: May 10, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE