IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVEN BRICE,<br><br>  Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL.,<br><br>  Defendants.<br>_____/ | No. C 10-04204 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

The Court adopts the parties' proposed briefing schedule on Plaintiff's motion for leave to conduct discovery, as modified: Plaintiff shall file an opening brief by June 17, 2011; Defendants shall file an opposition by July 1, 2011; Plaintiff shall file a reply by July 8, 2011; the hearing on the motion is set for July 22, 2011, at 9:00 a.m.

Pursuant to the parties' joint request to terminate the current deadlines for the filing of dispositive motions, the dispositive motion hearing date and trial date set in the Court's order dated January 24, 2011, are hereby VACATED.

The further case management conference set for May 20, 2011, is hereby continued to August 26, 2011, at 1:30 p.m. The parties shall file a joint case management statement by August 19, 2011, proposing a new date for setting a hearing on dispositive motions. No trial date will be set prior to the Court's ruling on the dispositive motions.

**IT IS SO ORDERED.**

Dated: May 18, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE