SEAN P. NALTY (SBN 121253)
sean.nalty@wilsonelser.com
SHEENA V. JAIN (SBN 251912)
sheena.jain@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF
NORTH AMERICA; CIGNA GROUP
INSURANCE COMPANY; NORTHWEST
AIRLINES LONG TERM DISABILITY
PLAN; DELTA AIRLINES LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVEN BRICE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE COMPANY; NORTHWEST AIRLINES LONG TERM DISABILITY PLAN; DELTA AIRLINES LONG TERM DISABILITY PLAN, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No. CV10-4204<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND SCHEDULING STIPULATION;** ~~PROPOSED ORDER~~<br><br>Location: San Francisco<br>Judge Jeffrey S. White |

TO THE HONORABLE COURT:

1. **Notice of Tentative Settlement**

Plaintiff Charles Steven Brice ("Plaintiff") and defendants Life Insurance Company of North America ("LINA"), CIGNA Group Insurance Company, Northwest Airlines Long Term Disability Plan, and Delta Airlines Long Term Disability Plan (hereinafter referred to as "Defendants") (collectively "the Parties"), through their attorneys of record, hereby notify the Court that the Parties

have reached a tentative settlement of this matter. The parties currently are working out the details of the settlement which are complex.

2. **Scheduling Stipulation**

The Parties through the signatures of counsel hereby stipulate to and respectfully request that all dates currently set in this matter be taken off calendar. The Parties further stipulate and respectfully request that a status conference be set in this matter in 90 days. If the settlement is finalized, the Parties will submit a stipulation of dismissal with prejudice to the Court no later than one week prior to the status conference. If the settlement is not finalized, the Parties will file an updated status conference statement one week prior to the conference and will appear at the status conference to set a new scheduling order for this matter. It is so stipulated by the Parties.

Date: April 11, 2012      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _/s/ Sean P. Nalty_
SEAN P. NALTY
SHEENA V. JAIN
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE COMPANY; NORTHWEST AIRLINES LONG TERM DISABILITY PLAN; DELTA AIRLINES LONG TERM DISABILITY PLAN

Date: April 11, 2012      DL LAW GROUP

By: _/s/ David M. Lilienstein_
David M. Lilienstein
Sally M. Harms
Attorneys for Plaintiff,
CHARLES STEVEN BRICE

**ORDER**

Pursuant to the Notice of Tentative Settlement and the stipulation of the Parties, the Court hereby orders that all dates in this matter are off calendar. The Court hereby sets a Status

Conference in this matter on July 13, 2012 at 1:30 p.m. If the settlement has been finalized, the Parties are ordered to file a dismissal of the action with prejudice no later than one week prior to the Status Conference. If the settlement has not been finalized, the Parties are ordered to file an updated Status Conference Statement no later than one week prior to the Status Conference.

IT IS SO ORDERED ON STIPULATION

Date: April 13, 2012    By: /s/ Jeffrey S. White
Honorable Jeffery S. White
United States District Judge