SEAN P. NALTY (SBN 121253)
Email: Sean.Nalty@wilsonelser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendants
**LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE COMPANY; NORTHWEST AIRLINES LONG TERM DISABILITY PLAN; DELTA AIRLINES LONG TERM DISABILITY PLAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVEN BRICE,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE COMPANY; NORTHWEST AIRLINES LONG TERM DISABILITY PLAN; DELTA AIRLINES LONG TERM DISABILITY PLAN, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. CV10-4204 JSW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO TAKE JULY 13, 2012 CASE MANAGEMENT CONFERENCE OFF CALENDAR PENDING DISMISSAL;** [PROPOSED] **ORDER**<br><br>Action Filed: August 17, 2010 |

This matter is set for a Case Management Conference on Friday, July 13, 2012 at 1:30 p.m. Plaintiff Charles Steven Brice ("plaintiff") and defendants Life Insurance Company of North America, CIGNA Group Insurance Company, the Northwest Airlines Long Term Disability Plan, and the Delta Airlines Long Term Disability Plan ("defendants") reached a settlement of this matter on the afternoon of July 9, 2012.

///

1

NOTICE OF SETTLEMENT AND STIPULATION TO TAKE JULY 13, 2012 CASE MANAGEMENT CONFERENCE OFF CALENDAR PENDING DISMISSAL; [PROPOSED] ORDER

904119.1                                                                                           Case No.: CV10-4204-JSW

Accordingly, plaintiff and defendants, through their counsel of record, hereby stipulate that the Case Management Conference in this matter, scheduled for July 13, 2012 at 1:30 p.m., can be taken off calendar. The parties respectfully request 60 days to complete the paperwork for the settlement and to submit a dismissal stipulation to the Court.

Respectfully submitted,

Date: July 10, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
SHEENA V. JAIN
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE COMPANY; NORTHWEST AIRLINES LONG TERM DISABILITY PLAN; DELTA AIRLINES LONG TERM DISABILITY PLAN

Dated: July 10, 2012

DL LAW GROUP

By: /s/ David M. Lilienstein
DAVID M. LILIENSTEIN
Attorney for Plaintiff,
CHARLES STEVEN BRICE

Dated: July 10, 2012

PMB 133

By: /s/ Sally M. Harms
SALLY M. HARMS
Attorney for Plaintiff,
CHARLES STEVEN BRICE

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** The case management conference is CONTINUED to September 28, 2012 at 1:30 p.m.

Dated: July 10, 2012

HONORABLE JEFFREY S. WHITE
United States District Judge