SEAN P. NALTY (SBN 121253)
Email: Sean.Nalty@wilsonelser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
 **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendants
**LIFE INSURANCE COMPANY OF NORTH**
**AMERICA; CIGNA GROUP INSURANCE**
**COMPANY; NORTHWEST AIRLINES LONG**
**TERM DISABILITY PLAN; DELTA AIRLINES**
**LONG TERM DISABILITY PLAN**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVEN BRICE | Case No. CV10-4204 JSW |
| Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION TO TAKE JULY 13, 2012 CASE MANAGEMENT CONFERENCE OFF CALENDAR PENDING DISMISSAL; [PROPOSED] ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE COMPANY; NORTHWEST AIRLINES LONG TERM DISABILITY PLAN; DELTA AIRLINES LONG TERM DISABILITY PLAN, and DOES 1 THROUGH 10, inclusive, | Action Filed: August 17, 2010 |
| Defendants. | |

This matter is set for a Case Management Conference on Friday, July 13, 2012 at 1:30 p.m. Plaintiff Charles Steven Brice ("plaintiff") and defendants Life Insurance Company of North America, CIGNA Group Insurance Company, the Northwest Airlines Long Term Disability Plan, and the Delta Airlines Long Term Disability Plan ("defendants") reached a settlement of this matter on the afternoon of July 9, 2012.

/ / /

1    Accordingly, plaintiff and defendants, through their counsel of record, hereby stipulate

2  that the Case Management Conference in this matter, scheduled for July 13, 2012 at 1:30 p.m.,

3  can be taken off calendar.  The parties respectfully request 60 days to complete the paperwork for

4  the settlement and to submit a dismissal stipulation to the Court.

5                                              Respectfully submitted,

6  Date: July 10, 2012                         WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP
7

8                               By:       _____/s/ Sean P. Nalty_____
                                          SEAN P. NALTY
9                                         SHEENA V. JAIN
                                          Attorneys for Defendant
10                                        LIFE INSURANCE COMPANY OF NORTH
                                          AMERICA; CIGNA GROUP INSURANCE
11                                        COMPANY; NORTHWEST AIRLINES
                                          LONG TERM DISABILITY PLAN; DELTA
12                                        AIRLINES LONG TERM DISABILITY PLAN

13  Dated:  July 10, 2012                      DL LAW GROUP
14

15                              By:       _____/s/ David M. Lilienstein_____
                                          DAVID M. LILIENSTEIN
16                                        Attorney for Plaintiff,
                                          CHARLES STEVEN BRICE
17

18  Dated:  July 10, 2012                      PMB 133
19

20                              By:       _____/s/ Sally M. Harms_____
21                                        SALLY M. HARMS
                                          Attorney for Plaintiff,
22                                        CHARLES STEVEN BRICE

23      **PURSUANT TO STIPULATION, IT IS SO ORDERED:**   The case management conference is
                                                         CONTINUED to September 28, 2012
24                                                       at 1:30 p.m.

25  Dated: _____July 10_____, 2012

26                                        HONORABLE JEFFREY S. WHITE
                                          United States District Judge
27

28

NOTICE OF SETTLEMENT AND STIPULATION TO TAKE JULY 13, 2012 CASE MANAGEMENT
CONFERENCE OFF CALENDAR PENDING DISMISSAL; [PROPOSED] ORDER
904119.1                                                  Case No.: CV10-4204-JSW