| | |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
|   | Email: Sean.Nalty@wilsonelser.com |
| 2 | SHEENA V. JAIN (SBN 251912) |
|   | Email: Sheena.Jain@wilsonelser.com |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
|   |    **EDELMAN & DICKER LLP** |
| 4 | 525 Market Street, 17th Floor |
|   | San Francisco, CA 94105-2725 |
| 5 | Telephone:   (415) 433-0990 |
|   | Facsimile:   (415) 434-1370 |
| 6 | |
|   | Attorneys for Defendants, |
| 7 | **LIFE INSURANCE COMPANY OF NORTH AMERICA;** |
|   | **CIGNA GROUP INSURANCE COMPANY;** |
| 8 | **NORTHWEST AIRLINES LONG TERM DISABILITY PLAN;** |
|   | **DELTA AIRLINES LONG TERM DISABILITY PLAN** |
| 9 | |
|   | DAVID M. LILIENSTEIN (SBN: 218923) |
| 10 | Email: david@dllawgroup.com |
|   | **DL LAW GROUP** |
| 11 | 345 Franklin St. |
|   | San Francisco, CA 94102 |
| 12 | Telephone:   (415) 392-2289 |
|   | Facsimile:   (415) 358-8484 |
| 13 | |
|   | SALLY M. HARMS (SBN: 129844) |
| 14 | Email: sallybrice@gmail.com |
|   | **PMB133** |
| 15 | 80 Cabrillo Hwy N |
|   | Half Moon Bay, CA 94019 |
| 16 | Telephone:   (650) 726-8558 |
|   | Facsimile:   (650) 726-8558 |
| 17 | |
|   | Attorneys for Plaintiff, |
| 18 | **CHARLES STEVEN BRICE** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEVEN BRICE | Case No. CV10-4204 JSW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE COMPANY; NORTHWEST AIRLINES LONG TERM DISABILITY PLAN; DELTA AIRLINES LONG TERM DISABILITY PLAN, and DOES 1 THROUGH 10, inclusive, | Action Filed: August 17, 2010 |
| Defendants. | |

1

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON

937489.1                                                                            Case No.: CV10-4204-JSW

1  IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff Charles Steven Brice and Defendants Life Insurance Company of North America, Cigna Group Insurance Company, Northwest Airlines Long Term Disability Plan, and Delta Airlines Long Term Disability Plan, through their respective attorneys of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Dated: September 24, 2012                WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP


                                  By:    _/s/ Sean P. Nalty_
                                         SEAN P. NALTY
                                         SHEENA V. JAIN
                                         Attorneys for Defendants,
                                         **LIFE INSURANCE COMPANY OF
                                         NORTH AMERICA; CIGNA GROUP
                                         INSURANCE COMPANY; NORTHWEST
                                         AIRLINES LONG TERM DISABILITY
                                         PLAN; DELTA AIRLINES LONG TERM
                                         DISABILITY PLAN**

Dated: September 24, 2012                DL LAW GROUP


                                  By:    _/s/ David M. Lilienstein_
                                         DAVID M. LILIENSTEIN
                                         Attorney for Plaintiff,
                                         CHARLES STEVEN BRICE

Dated: September 24, 2012                PMB133


                                  By:    _/s/ Sally M. Harms_
                                         SALLY M. HARMS
                                         Attorney for Plaintiff,
                                         CHARLES STEVEN BRICE

[~~PROPOSED~~] ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 24, 2012

*Jeffrey S White*

HONORABLE JEFFREY S. WHITE
United States District Court Judge