| | |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
| | Email: Sean.Nalty@wilsonelser.com |
| 2 | SHEENA V. JAIN (SBN 251912) |
| | Email: Sheena.Jain@wilsonelser.com |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
| | **EDELMAN & DICKER LLP** |
| 4 | 525 Market Street, 17th Floor |
| | San Francisco, CA 94105-2725 |
| 5 | Telephone: (415) 433-0990 |
| | Facsimile: (415) 434-1370 |
| 6 | |
| 7 | Attorneys for Defendants, |
| | **LIFE INSURANCE COMPANY OF NORTH AMERICA;** |
| | **CIGNA GROUP INSURANCE COMPANY;** |
| 8 | **NORTHWEST AIRLINES LONG TERM DISABILITY PLAN;** |
| | **DELTA AIRLINES LONG TERM DISABILITY PLAN** |
| 9 | |
| | DAVID M. LILIENSTEIN (SBN: 218923) |
| 10 | Email: david@dllawgroup.com |
| | **DL LAW GROUP** |
| 11 | 345 Franklin St. |
| | San Francisco, CA 94102 |
| 12 | Telephone: (415) 392-2289 |
| | Facsimile: (415) 358-8484 |
| 13 | |
| | SALLY M. HARMS (SBN: 129844) |
| 14 | Email: sallybrice@gmail.com |
| | **PMB133** |
| 15 | 80 Cabrillo Hwy N |
| | Half Moon Bay, CA 94019 |
| 16 | Telephone: (650) 726-8558 |
| | Facsimile: (650) 726-8558 |
| 17 | |
| | Attorneys for Plaintiff, |
| 18 | **CHARLES STEVEN BRICE** |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | CHARLES STEVEN BRICE | Case No. CV10-4204 JSW |
| 22 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| 23 | vs. | |
| 24 | LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA GROUP INSURANCE COMPANY; NORTHWEST AIRLINES LONG TERM DISABILITY PLAN; DELTA AIRLINES LONG TERM DISABILITY PLAN, and DOES 1 THROUGH 10, inclusive, | Action Filed: August 17, 2010 |
| 27 | Defendants. | |

1  IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff Charles Steven Brice and Defendants Life Insurance Company of North America, Cigna Group Insurance Company, Northwest Airlines Long Term Disability Plan, and Delta Airlines Long Term Disability Plan, through their respective attorneys of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Dated: September 24, 2012           WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP


                              By:        /s/ Sean P. Nalty
                                    SEAN P. NALTY
                                    SHEENA V. JAIN
                                    Attorneys for Defendants,
                                    **LIFE INSURANCE COMPANY OF
                                    NORTH AMERICA; CIGNA GROUP
                                    INSURANCE COMPANY; NORTHWEST
                                    AIRLINES LONG TERM DISABILITY
                                    PLAN; DELTA AIRLINES LONG TERM
                                    DISABILITY PLAN**


Dated: September 24, 2012           DL LAW GROUP


                              By:        /s/ David M. Lilienstein
                                    DAVID M. LILIENSTEIN
                                    Attorney for Plaintiff,
                                    CHARLES STEVEN BRICE


Dated: September 24, 2012           PMB133


                              By:        /s/ Sally M. Harms
                                    SALLY M. HARMS
                                    Attorney for Plaintiff,
                                    CHARLES STEVEN BRICE

1  [~~PROPOSED~~] ORDER

2  The parties having stipulated that the above-entitled action, and all claims for relief therein,

3  shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each

4  party to bear its own costs and attorneys' fees.

5  **IT IS SO ORDERED.**

6  Dated: September 24, 2012

7  *[signature: Jeffrey S. White]*
   HONORABLE JEFFREY S. WHITE
   United States District Court Judge